The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

STEPHEN C. SIMMONS,

　　　Plaintiff,

　　　v.

ROBIN ARNOLD-WILLIAMS; KEVIN KRUEGER; and STAN MARSHBURN,

　　　Defendants.

NO.  3:13-cv-06023-BHS

**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE FOR ROBIN ARNOLD-WILLIAMS AND KEVIN KRUEGER TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOTE ON MOTION CALENDAR:
March 14, 2014

This matter came before the Court on Defendants' Motion to Extend Deadline for Robin Arnold-Williams and Kevin Krueger to Answer of Otherwise Respond to Complaint. Having considered the moving and reply papers, all papers filed in response, and other pertinent materials, the Court hereby GRANTS Defendants' Motion. The deadline for Defendants Robin Arnold-Williams and Kevin Krueger to answer or otherwise respond to Plaintiff's Complaint for Damages: Section 1983; Employment Discrimination & RCW Chapter 49.50 Violations is extended from March 6, 2014 to March 13, 2014.

ORDER GRANTING MOTION TO EXTEND DEADLINE FOR
ROBIN ARNOLD-WILLIAMS AND KEVIN KRUEGER TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 1
No. 3:13-cv-06023-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1   DATED this __17__ day of March, 2014.

2

3   _____
    THE HONORABLE BENJAMIN H. SETTLE
4   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION TO EXTEND DEADLINE FOR
ROBIN ARNOLD-WILLIAMS AND KEVIN KRUEGER TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 2
No. 3:13-cv-06023-BHS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500